JUDGE LYNCH

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 15 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :

       -v.-                 :    07 Cr.

RENATO TOLENTINO FARAON,           INDICTMENT
                                :
            Defendant.       07 CRIM 1047
                                :

- - - - - - - - - - - - - - - - - -x

<u>COUNT ONE</u>

The Grand Jury charges:

On or about October 12, 1999, in the Southern District of New York, RENATO TOLENTINO FARAON, the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, FARAON submitted an application for a United States passport in which he falsely represented that he was a United States Citizen born in Jersey City, New Jersey.

(Title 18, United States Code, Section 1542.)

_____          _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RENATO TOLENTINO FARAON,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 1542)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____/s/_____  Foreperson.

Nov. 15, 2007
Indictment filed.
Case assigned to Judge Lynch.

Freeman, USMJ